IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES EDWARD SPENCER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.  2:12-cv-264-TMH |
| | ) | WO |
| ROBERT BENTLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #3) to the Recommendation of the Magistrate Judge filed on May 2, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #2) filed on April 18, 2012 is adopted;

3. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 9th  day of May, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE